ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED SEP 2 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:           ) Chapter 13
                 )
KENNETH E WILLIAMS ) Case No. 05-54126 CN
                 )
EMMA R WILLIAMS  ) **NOTICE OF UNCLAIMED DIVIDEND**
                 )
       Debtors   )
                 )

The final dividend to Creditor, CBSJ FINANCIAL CORP in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT.

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $5.27 as an unclaimed dividend.

    Claim # 9    CBSJ FINANCIAL CORP
                  299 STOCKTON AVE
                  SAN JOSE, CA 95126-2763

Dated: September 20, 2011

                                      DEVIN DERHAM-BURK, TRUSTEE



| To: | Gian |
|---|---|
| Company | CBSJ |
| FAX# | 297-1426 |
| Re: | Address Change |
| Case # | See attached copy of check |
| | |

| From: | Teresa Camp |
|---|---|
| | OFFICE OF |
| | **Devin Derham-Burk, Trustee** <br> P O Box 50013 <br> San Jose, CA 95150-0013 |
| Phone: | Attorneys: (408) 354-4413 <br> Debtors: (408) 354-1345 <br> Creditors: (408) 354-8151 |
| FAX # | **(408) 354-5513** |

**Date: May 13, 2011**

Number of pages including coversheet:

☐ Please review & contact the person named above  ☐ Per your request  ☐ For your information; no response necessary

☐ For Immediate Attention  ☐ For Appropriate Action

Please be advised that the Post Office has returned check number 2487954 in the amount of $23.75 for three of your accounts. Our office will need a change of address filed with the United States Bankruptcy Court for each of these cases (copy of returned check attached) in order for the Trustee to continue paying on these Proof of Claims. I also wanted to make sure that you were aware that in the past couple of months there have been address changes filed by CBSJ with the address of 1735 N First St #250, San Jose, CA 95112 which have also been returned by the Post office stating that it is not a valid address. I have contacted your office several times regarding this and have not received a return call. We have placed a reserve on several of your Proof of Claims and will send the monies to the clerk of the court at the close of each case, at which time CBSJ will need to contact the United States Bankruptcy Court for these monies. If you should have any questions, please feel free to contact me.

Teresa

IMPORTANT NOTE: The information contained in this facsimile transmission document, including all of its parts without limitation, is the property of the sender, is confidential, is not intended for public use, dissemination, or disclosure and may be subject to legally privileged information. The information is intended only for the exclusive use of the party/parties named above as addressee(s). Any other use, dissemination, disclosure, distribution or copying of this facsimile transmission document is strictly prohibited. Sender reserves all rights under law. If you have received this facsimile transmission document, including all of its parts without limitation, in error, please immediately notify the sender by telephone. Any costs you incur in returning this transmission will be promptly reimbursed to you.